UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HEATON SPITTERS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL MICELLI,<br><br>    Defendant. | Case No. 3:21-cv-05138-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 8 |

Magistrate Judge Thomas S. Hixson filed a report recommending dismissal of this case because plaintiff Spitters was not granted in forma pauperis status and did not pay the filing fee, and alternatively because the complaint is frivolous and does not state a claim under Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 8. Spitters did not file an objection or other response to the report.

The Court adopts the report and recommendation in full, and the case is dismissed is dismissed without prejudice under Rule 12(b)(6). The Clerk's Office is asked to close the case.

**IT IS SO ORDERED.**

Dated: November 4, 2021

JAMES DONATO
United States District Judge